**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **In re**<br><br>**12-15 MOLECULAR DIAGNOSTICS, INC.**<br><br>**Debtor.** | **Chapter 7**<br>**No. 26-30526-AMN** |

# OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

ANDREA M. O'CONNOR, the duly appointed Trustee in the above-captioned case, hereby objects to the Motion for Relief from Stay [ECF No. 18] (the "Lift Stay Motion") filed by 37 Panagrossi, LLC (the "Landlord"). In support of this Objection, the Trustee respectfully represents as follows:

1. On June 8, 2026, (the "Petition Date"), 12-15 Molecular Diagnostics, Inc. (the "Debtor"), filed a Voluntary Petition for relief under Chapter 7 of the United States Bankruptcy Code (the "Code") with the United States Bankruptcy Court for the District of Connecticut (the "Bankruptcy Court").

2. On or about June 8, 2026, Andrea M. O'Connor (the "Trustee") accepted an appointment as Trustee for the Debtor's Bankruptcy Estate and she continues to serve in that capacity.

3. The Debtor is a biotechnology company, focused on diagnostic nanotechnology, located at 37 Panagrossi Circle, Suite L, East Haven, Connecticut (the "Premises").

4. The Debtor rented the Premises, pursuant to a lease agreement, from Landlord.

5. The Premises contains lab equipment, computers, and other office equipment with a total estimated value of $98,705.80 (the "Property").

6. The Trustee is in the process of seeking to sell the Property located at the Premises for the benefit of the Bankruptcy Estate.

7. Any sale of the Property will require that the Trustee, as well as potential buyers, have access to the Premises.

8. The Trustee requires access to the Premises until at least December 31, 2026.

9. Granting relief from the automatic stay would be prejudicial to the Bankruptcy Estate.

WHEREFORE, the Trustee requests entry of an Order denying the Lift Stay Motion and for such other and further relief as this Court deems just and proper.

ANDREA M. O'CONNOR, TRUSTEE

Dated: August 24, 2026

By: /s/ Andrea M. O'Connor

Andrea M. O'Connor, Esq.
Shatz, Schwartz and Fentin, P.C.
1441 Main Street, Suite 1100
Springfield MA 01103
(413) 737-1131
aoconnor@ssfpc.com
Federal Bar No.: 28594 (Connecticut)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **In re**<br><br>**12-15 MOLECULAR DIAGNOSTICS, INC.**<br><br>**Debtor.** | **Chapter 7**<br>**No. 26-30526-AMN** |

**CERTIFICATE OF SERVICE**

I, ANDREA M. O'CONNOR, certify that on August 24, 2026, a copy of the attached Objection and this Certificate of Service were served upon the parties listed below:

***By CM/ECF Notice:***

Kim McCabe, Esq.
OFFICE OF THE U.S. TRUSTEE
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Douglas S. Skalka
Neubert, Pepe, and Monteith
195 Church Street, 13th Floor
New Haven, CT 06510
Email: dskalka@npmlaw.com

Audra Buckland, Esq.
The Law Offices of Neil Crane, LLC
2679 Whitney Ave
Hamden, CT 06518

***By First-Class Mail:***

37 Panagrossi, LLC
Attn: Frank Cofrancesco
37 Panagrossi Circle
East Haven, CT 06512

12-15 Molecular Diagnostics, Inc.
37 Panagrossi Circle, Suite L
East Haven, CT 06512

Dated: August 24, 2026

By: /s/ Andrea M. O'Connor
Andrea M. O'Connor, Esq.
Shatz, Schwartz and Fentin, P.C.
1441 Main Street, Suite 1100
Springfield MA 01103
(413) 737-1131
aoconnor@ssfpc.com
Federal Bar No.: 28594 (Connecticut)